

In The
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-11-00027-CV
_____

LOGGINS LOGISTICS, INC., AND SCOTT BAIRD, Appellants

V.

BRADLEY GARREN, INDIVIDUALLY, AND AS NEXT FRIEND OF
OLIVIA GARREN, A MINOR, Appellee

On Appeal from the 202nd Judicial District Court
Bowie County, Texas
Trial Court No. 10C1130-202

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Loggins Logistics, Inc., and Scott Baird, appellants, and Bradley Garren, individually, and as next friend of Olivia Garren, a minor, appellee, have filed with this Court a joint motion to dismiss the pending appeal in this matter. The parties represent to this Court that the case has been settled and that the trial court approved the minor's settlement May 9, 2011. In such a case, no real controversy exists.

We grant the motion and dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:    May 18, 2011
Date Decided:     May 19, 2011